**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HILLARY WHITE and LYNN MICHALSON,
individually and on behalf of all
others similarly situated,

                              Plaintiffs,

      v.

AURORA DAIRY CORPORATION,
d/b/a Aurora Organic Dairy,

                              Defendant**.**

07 Civ. 9418 (DAB)


**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that the following attorney appears as counsel on

behalf of Defendant, Aurora Dairy Corporation, in the above-captioned action:

        William O. Reckler
        Latham & Watkins LLP
        885 Third Avenue, Suite 1000
        New York, New York 10022
        Telephone: (212) 906-1200
        Facsimile:   (212) 751-4864
        Email: william.reckler@lw.com


Dated:  New York, New York               Respectfully submitted,
        December 31, 2007
                                         LATHAM & WATKINS LLP

                                         By:    /s/ William O. Reckler
                                                William O. Reckler

                                         885 Third Avenue, Suite 1000
                                         New York, New York 10022
                                         Telephone: (212) 906-1200
                                         Facsimile: (212) 751-4864


                                         Attorney for Defendant
                                         Aurora Dairy Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HILLARY WHITE and LYNN MICHALSON,
individually and on behalf of all
others similarly situated,

                                        Plaintiffs,

        v.

AURORA DAIRY CORPORATION,
d/b/a Aurora Organic Dairy,

                                        Defendant.

07 Civ. 9418 (DAB)


**CERTIFICATE OF SERVICE**

---

        I, William O. Reckler, hereby certify that on December 31, 2007, a true and

correct copy of the annexed Notice of Appearance, dated 12/31/07, was caused to be served in

accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:


                Keith Essenmacher
                LOVELL STEWART HALEBIAN LLP
                500 Fifth Avenue
                New York, New York 10110
                Telephone: (212) 608-1900
                Facsimile: (212) 719-4677



Dated:        New York, New York            LATHAM & WATKINS LLP
              December 31, 2007
                                            By:    /s/ William O. Reckler
                                                   William O. Reckler

                                            885 Third Avenue, Suite 1000
                                            New York, New York 10022
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864