**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HILLARY WHITE and LYNN MICHALSON, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br>     v.<br><br>AURORA DAIRY CORPORATION,<br> d/b/a Aurora Organic Dairy,<br><br>                              Defendant. | 07 Civ. 9418 (DAB)<br><br>**DEFENDANT AURORA DAIRY CORPORATION'S FED. R. CIV. P. 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Aurora Dairy Corporation d/b/a/ Aurora Organic Dairy, by and through its counsel, hereby states that it is a corporation organized under the laws of the State of Delaware.  No publicly-held company holds ten percent (10%) or more of Aurora Dairy Corporation's stock.


Dated: New York, New York
       December 31, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By:   <u>/s/ William O. Reckler</u>
         William O. Reckler

885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


Attorney for Defendant
Aurora Dairy Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HILLARY WHITE and LYNN MICHALSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>AURORA DAIRY CORPORATION, d/b/a Aurora Organic Dairy,<br><br>       Defendant. | 07 Civ. 9418 (DAB)<br><br>**CERTIFICATE OF SERVICE** |

    I, William O. Reckler, hereby certify that on December 31, 2007, a true and correct copy of the annexed Defendant Aurora Dairy Corporation's Fed. R. Civ. P. 7.1 Corporate Disclosure Statement, dated 12/31/07, was caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

        Keith Essenmacher
        LOVELL STEWART HALEBIAN LLP
        500 Fifth Avenue
        New York, New York 10110
        Telephone: (212) 608-1900
        Facsimile: (212) 719-4677

Dated: New York, New York   LATHAM & WATKINS LLP
     December 31, 2007

              By: /s/ William O. Reckler
                 William O. Reckler

              885 Third Avenue, Suite 1000
              New York, New York 10022
              Telephone: (212) 906-1200
              Facsimile: (212) 751-4864