%AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Hillary White and Lynn Michalson,
individually and on behalf of all others
similarly situated, Plaintiffs;

V.

Aurora Dairy Corporation
d/b/a Aurora Organic Dairy,
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 9418**

**JUDGE BATTS**

TO: (Name and address of Defendant)

    Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Christopher Lovell
    Lovell Stewart Halebian LLP
    500 Fifth Avenue
    New York, NY 10110

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

_/s/ Marcos Quintero_

(By) DEPUTY CLERK

OCT 19 2007

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12/11/07 |
| NAME OF SERVER (PRINT) JOHN RITTER | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED AURORA DAIRY CORPORATION D/B/A AURORA ORGANIC DAIRY BY SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 12:27 PM PERSON ACCEPTING: SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/11/07
              Date

Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.