UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY WHITE and LYNN MICHALSON, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br> v.<br><br>AURORA DAIRY CORPORATION, d/b/a Aurora Organic Dairy,<br><br>         Defendant. | 07 Civ. 9418 (DAB)<br><br>AURORA DAIRY CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS |

   Defendant Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora"), by its counsel, hereby provides notice of the pendency of other actions or proceedings pursuant to Local Rule 1.6. This action, which involves Aurora's use of the "USDA Organic" seal, is related to four actions that have been consolidated and transferred to the Eastern District of Missouri by the Judicial Panel on Multidistrict Litigation ("Panel") and fourteen additional actions that have been identified by the Panel as potential tag-along actions involving common questions of fact (all identified in the table below), pursuant to a February, 20, 2008 Transfer Order, a Conditional Transfer Order entered by the Panel on February 26, 2008, and subsequent Notice to the Panel pursuant to Rule 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425 (2001), filed concurrently herewith. See Declaration of Livia Kiser at Ex. A (Feb. 20, 2008 Trans. Order), Ex. B (Feb. 26, 2008 Conditional Trans. Order), Ex. C (Notice).

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Plaintiff:<br>Robert E. Koch, individually and on behalf of those similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-cv-254<br>MDL 1907 | • Maury A. Herman, David A. McKay, Andrea S. Hirsch; Herman, Mathis, Casey, Kitchens and Gerel, LLP, 230 Peachtree Street, NW, Suite 2260, Atlanta, Georgia 30303<br>Phone: (404) 880-9500<br><br>• Chip Robertson; Bartimus, Frickleton, Robertson & Gorny, Jefferson City Office, 715 Swifts Highway, Jefferson City, Missouri 65109<br>Phone: (573) 659-4454<br><br>• David A. Rosen, Alexis B. Djivre; Rose, Klein & Marias LLP, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 626-0571<br><br>• Christopher P. Ridout, Devon Lyon; Ridout & Lyon LLP, 100 Oceangate, 14th Floor, Long Beach, California 90802<br>Phone: (562) 216-5020<br><br>• Gideon Kracov; Law Office of Gideon Kracov, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 629-2071 |
| Plaintiffs:<br>Kristine Mothershead and Leonie Lloyd, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907-ERW | • John Campbell, John Simon, Erich Vieth; Simon Passanante, PC, 701 Market Street, Suite 1450, St. Louis, Missouri 63101<br>Phone: (314) 241-2929<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Nicole Behnen, Alice Dickherber; Polsinelli, Shalton, Flanigan, Suelthaus, P.C., 7733 Forsyth Blvd., 12th Floor, St. Louis, Missouri 63105<br>Phone: (314) 889-7095 |
| Plaintiff:<br>Maya Fiallos, individually and on behalf of all others similarly situated | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907-ERW | • Thomas Ronzetti, David Buckner; Kozyak, Tropin & Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, Florida 33134<br>Phone: (305) 372-1800 |

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | | • Timothy Carl Blake; Law Offices of Timothy Carl Blake, P.A, Concord Building, Suite 1000, 66 W. Flagler Street, Miami, Florida 33130<br>Phone: (305) 373-5210<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |
| Plaintiffs:<br><br>Rebecca and Fernando Freyre, on behalf of themselves and all others similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907-ERW | • Harold A. Haddon, Saskia A. Jordan, Suzanna Wasito Tiftickjian; Haddon, Morgan, Mueller, Jordan, Mackey & Foreman, P.C., 150 East Tenth Avenue, Denver, Colorado 80203<br>Phone: (303) 831-7364<br><br>• Kenneth S. Canfield, Ralph J. Knowles, Martha J. Fessenden, Kimberly J. Johnson; Doffermyre, Shields, Canfield, Knowles and Devine, LLC, 1355 Peachtree Street, Suite 1600, Atlanta, Georgia 30309<br>Phone: (404) 881-8900<br><br>• Eric J. Artrip, Herman A. Watson, Jr., Rebekah Keith McKinney; Watson Jimmerson Martin McKinney Graffeo & Helms, P.C., 203 Greene Street, Huntsville, Alabama 35804<br>Phone: (256) 536-7423<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |
| Plaintiffs:<br><br>Mona Still, Helen Phillips, Eve Hana, Jeanmarie Zirger, Kim King, Noelle Fincham, Oksana Jensen, Gabriela Waschewsky, Laurelanne Davis, Debbie Millikan, Joan Scheutz, Sandie Regan, | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907-ERW | • Don M. Downing, Thomas K. Neill; Gray, Ritter & Graham, P.C., 701 Market Street, Suite 800, St. Louis, Missouri 63101<br>Phone: (314) 241-5620<br><br>• Curtis F. Gantz, David G. Cox; Lane, Alton & Horst LLC, Two Miranova Place, Suite 500, Columbus, Ohio 43215<br>Phone: (614) 228-6885 |

3

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Steve Shriver, Mary Elbertai, Eileen Ptak, Cynthia Roche-Cotter, Kristen Finnegan, Amy Forsman, Joy Beckner, Naomi Mardock, Olive Knaus, Liana Hoodes, Donita Robinson, Ilene Rachford, Lisa Hopkins, Caryn Poirier, Erin Diserens, Tammy Coselli, Debra Haines, Debra Schmidt, Hans Kueck<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | | • Adam J. Levitt; Wolf Haldenstein Adler Freeman & Herz LLC, 55 West Monroe Street, Suite 1111, Chicago, Illinois 60603<br>Phone: (312) 984-0000<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |
| Plaintiff:<br><br>Brenda Gallardo, an individual<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | N.D. California<br><br>Case No. 3:07-cv-05331-MJJ | • Robert M. Bramson; Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598<br>Phone: (925) 945-0200<br><br>• Robert W. Mills, Harry Shulman; The Mills Law Firm, 145 Marina Boulevard, San Rafael, California 94901<br>Phone: (415) 455-1326<br><br>• Stephen Gardner, Katherine Campbell; Center for Science in the Public Interest, 5646 Milton Street, Suite 211, Dallas, Texas 75206<br>Phone: (214) 827-2774<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Viviann C. Stapp; Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111<br>Phone: (415) 391-0600 |

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Plaintiff:<br><br>Ilsa Lee Kaye, individually and on behalf of all others similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | E.D. New York<br><br>Case No. 2:07-cv-04425-DRH-ETB | • Christopher Lovell, Craig Essenmacher, Keith Essenmacher; Lovell Stewart Halebian LLP, 500 Fifth Avenue, New York, New York 10110<br>Phone: (212) 608-1900<br><br>• William O. Reckler; Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, New York 10022<br>Phone: (212) 906-1200 |
| Plaintiff:<br><br>Elizabeth Cockrell, individually and on behalf of all others similarly situation<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado<br><br>Case No. 1:07-cv-02285-LTB | • Kip B. Shuman; The Shuman Law Firm, 801 E. 17th Avenue, Denver, Colorado 80218<br>Phone: (303) 861-3003<br><br>• Christopher Lovell, Craig Essenmacher, Keith Essenmacher; Lovell Stewart Halebian LLP, 500 Fifth Avenue, Suite 5800, New York, New York 10110<br>Phone: (212) 608-1900<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Daniel W. Wake; Sander, Ingebretsen & Parish, P.C., 633 17th Street, Suite 1900, Denver, Colorado 80202<br>Phone: (303) 285-5544 |
| Plaintiffs:<br><br>Jim Snell, Steve Clark, John Barrera, Joseph Villari, Elida Gollomp, Claire M. Theodore and Elisabeth Banse, on behalf of themselves and all other similarly situated | D. Colorado<br><br>Case No. 07-cv-02449 | • Joe R. Whatley, Jr., Edith M. Kallas; Whatley Drake & Kallas, LLC, 1540 Broadway, 37th Floor, New York, New York 10036<br>Phone: (212) 447-7070<br><br>• Richard P. Rouco, W. Tucker Brown; Whatley Drake & Kallas, LLC, 2001 Park Place North, Suite 1000, Birmingham, Alabama 35203<br>Phone: (205) 328-9576 |

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Defendants:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, Wild Oats Market, Inc., Costco Wholesale Corporation, Safeway Inc., Wal-Mart Stores, Inc. | | • James G. Stranch, III, J. Gerard Stranch, IV, Joe P. Leniski, Jr.; Branstetter, Stranch & Jennings PLLC, 227 Second Avenue North, Nashville, Tennessee 37201<br>Phone: (615) 254-8801<br><br>• Nadeem Faruqi; Faruqi & Faruqi, LLP, 320 East 39th Street, New York, New York 10016<br>Phone: (212) 983-9330<br><br>• James A. Streett; Streett Law Firm, 107 West Main, Russellville, Arkansas 72801<br><br>• John Emerson; Emerson Poynter LLP, The Museum Center, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201<br>Phone: (501) 907-2555<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Jay W. Connolly, Aaron Belzer, M. Brown; Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105<br>Phone: (415) 397-2823<br><br>• Daniel W. Wake; Sander, Ingebretsen & Parish, P.C., 633 17th Street, Suite 1900, Denver, Colorado 80202<br>Phone: (303) 285-5544 |
| Plaintiffs:<br><br>Margot A. West, and Richard E. Ehly, individually and on behalf of a class of all others similarly situated | D. Colorado<br><br>Case No. 1:07-cv-02625-JLK | • Tracy D. Rezvani, Mila F. Bartos, Karen J. Marcus; Finkelstein Thompson LLP, The Duvall Foundry1050 30th Street NW, Washington, D.C. 20007<br>Phone: (202) 337-8000<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |

6

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | | • Daniel W. Wake; Sander, Ingebretsen & Parish, P.C., 633 17th Street, Suite 1900, Denver, Colorado 80202<br>Phone: (303) 285-5544 |
| Plaintiff:<br><br>Shawn Riley, individually and on behalf of all others similarly situated<br><br>Defendant:<br><br>Safeway Inc. | N.D. California<br><br>Case No. 07-cv-6174-JCS | • Shana E. Scarlett; Hagens Berman Sobol Shapiro LLP, 715 Hearst Ave., Suite 202, Berkeley, California 94710<br>Phone: (510) 725-3000<br><br>• Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br><br>• Elizabeth A. Fegan, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Viviann C. Stapp; Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111<br>Phone: (415) 391-0600 |
| Plaintiff:<br><br>Fayetta Cowan<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy and Wal-Mart Stores, Inc. | S.D. Indiana (Indianapolis)<br><br>Case No. 08-cv-00157-RLY-WTL | • Irwin B. Levin, Richard E. Shevitz, Arend J. Abel; Cohen & Malad, LLP, One Indiana Square, Suite 1400, Indianapolis, Indiana 46204<br>Phone: (317) 636-6481<br><br>• Jeffery M. Monberg; Krieg DeVault LLP, 833 W. Lincoln Hwy., Suite 410W, Schererville, Indiana 46375<br>Phone: (219) 227-6111<br><br>• Greg A. Small, Max W. Hittle, Jr.; Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204<br>Phone: (317) 238-6282<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Plaintiff:<br><br>Channing Hesse, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br><br>Costco Wholesale Corporation | W.D. Washington (Seattle)<br><br>Case No. 07-cv-01975-MJP | • Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br><br>• Elizabeth A. Fegan; Hagens Berman Sobol Shapiro LLP, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• David J. Burman, Shylah R. Alfonso; Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101<br>Phone: (203) 359-8000 |
| Plaintiffs:<br><br>Patrick and Caryn Hudspeth, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br><br>Target Corp. | D. Minnesota (St. Paul)<br><br>Case No. 07-cv-04755-PJS-JJG | • Garrett D. Blanchfield, Jr.; Reinhardt Wendorf & Blanchfield, 332 Minnesota St., Suite E-1250 First National Bank Bldg., St. Paul, Minnesota 55101<br>Phone: (651) 287-2100<br><br>• William N. Riley, Christopher A. Moeller, Jamie R. Kendall, Joseph N. Williams; Price, Waicukauski & Riley, LLC, 301 Massachusetts Ave, Indianapolis, Indiana 46204<br>Phone: (317) 633-8787<br><br>• Frederic Fox; Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, New York 10022<br>Phone: (212) 687-1980<br><br>• Laurence D. King; Kaplan Fox & Kilsheimer LLP 350 Sansome Street, Suite 400, San Francisco, California 94104<br>Phone: (415) 772-4700<br><br>• Jonathon C. Miesen; Stoel Rives LLP, Suite 4200, 33 South Sixth Street, Minneapolis, Minnesota 55402<br>Phone: (612) 373-8800 |

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Plaintiff:<br>Vicki M. Tysseling-Mattiace, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Wild Oats Markets, Inc. | D. Colorado (Denver)<br><br>Case No. 07-cv-02622-WYD-BNB | • Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br>• Robert B. Carey, Frances R. Johnson; The Carey Law Firm, 2301 E. Pikes Peak Avenue, Colorado Springs, Colorado 80918<br>Phone: (719) 635-0377<br>• Jay Connolly<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Phone: (415) 397-2823 |
| Plaintiff:<br>Paul Bowen, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Wal-Mart Stores, Inc. | E.D. Arkansas (Little Rock)<br><br>Case No.<br>08-cv-00010-JLH | • Hank Bates; Cauley Bowman Carney & Williams, PLLC, P.O. Box 25438, Little Rock, Arkansas 72221<br>Phone: (501) 312-8500<br>• Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br>• Elizabeth A. Fegan; Hagens Berman Sobol Shapiro LLP, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600<br>• Philip E. Kaplan; Williams & Anderson PLC, 111 Center Street, 22nd Floor, Little Rock Arkansas 72201<br>Phone: (501) 396-8432<br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |
| Plaintiff:<br>Theadora King, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Safeway Inc. | N.D. California (San Francisco)<br><br>Case No.<br>CV-08-0999-EDL | • Shana E. Scarlett; Hagens Berman Sobol Shapiro LLP, 715 Hearst Ave., Suite 202, Berkeley, California 94710<br>Phone: (510) 725-3000<br>• Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292 |

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| | | • Elizabeth A. Fegan, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600<br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br>• Viviann C. Stapp; Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111<br>Phone: (415) 391-0600 |
| Plaintiff:<br>Nicolle DiSimone, individually and on behalf of those similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | C.D. California, Western Division – Spring Street<br>Case No.<br>08-0746-DSF-VBK | • Maury A. Herman, David A. McKay, Andrea S. Hirsch; Herman, Mathis, Casey, Kitchens and Gerel, LLP, 230 Peachtree Street, NW, Suite 2260, Atlanta, Georgia 30303<br>Phone: (404) 880-9500<br>• Chip Robertson; Bartimus, Frickleton, Robertson & Gorny, Jefferson City Office, 715 Swifts Highway, Jefferson City, Missouri 65109<br>Phone: (573) 659-4454<br>• David A. Rosen, Alexis B. Djivre; Rose, Klein & Marias LLP, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 626-0571<br>• Christopher P. Ridout, Devon Lyon; Ridout & Lyon LLP, 100 Oceangate, 14th Floor, Long Beach, California 90802<br>Phone: (562) 216-5020<br>• Gideon Kracov; Law Office of Gideon Kracov, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 629-2071<br>• Daniel R. Seltzer; Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007<br>Phone: (213) 485-1234 |

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| | | • Christopher Darrow, Gregory Nylen; Greenberg Traurig LLP, 2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404<br>Phone: (310) 586-7895<br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |

Dated:  March 10, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By:     /s/ William O. Reckler
         William O. Reckler

885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


Attorney for Defendant
Aurora Dairy Corporation, d/b/a Aurora Organic Dairy