UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY WHITE and LYNN MICHALSON, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>AURORA DAIRY CORPORATION, d/b/a Aurora Organic Dairy,<br><br>                              Defendant. | 07 CIV 9418 (DAB)<br><br>DECLARATION OF LIVIA M. KISER IN SUPPORT OF AURORA DAIRY CORPORATION'S LOCAL RULE 1.6 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS |

I, Livia M. Kiser, declare and state as follows:

1. I am an attorney admitted to practice law in Illinois and an associate with the law firm of Latham & Watkins LLP, counsel for Defendant Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora"). This declaration is filed in support of Aurora's Local Rule 1.6 Notice Of Pendency Of Other Actions Or Proceedings. I have personal and firsthand knowledge of the facts stated in this declaration. If called upon to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Transfer Order entered on February 20, 2008 by the Judicial Panel on Multidistrict Litigation regarding In re: Aurora Dairy Corporation Organic Milk Marketing and Sales Practice Litigation, MDL Docket No. 1907.

3. Attached hereto as Exhibit B is a true and correct copy of the Conditional Transfer Order entered on February 26, 2008 by the Judicial Panel on Multidistrict Litigation regarding In re: Aurora Dairy Corporation Organic Milk Marketing and Sales Practice Litigation, MDL Docket No. 1907. It expressly names this action as being subject to transfer and consolidation. See id. at 3.

4.   Attached hereto as Exhibit C is a true and correct copy of the February 26, 2008 letter from Mark S. Mester of Latham & Watkins LLP to the Clerk of the Judicial Panel on Multidistrict Litigation ("Panel") providing notice to the Panel of additional actions pursuant to Rule 7.5 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425 (2001) (without attachments).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  March 7, 2008                                            Respectfully submitted,

                                                                 _____
                                                                 Livia M. Kiser