UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY WHITE and LYNN MICHALSON, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br>     v.<br><br>AURORA DAIRY CORPORATION, d/b/a Aurora Organic Dairy,<br><br>                                    Defendant. | 07 Civ. 9418 (DAB)<br><br>CERTIFICATE OF SERVICE |

    I, Jessica L. Bengels, hereby certify that on March 10, 2008, true and correct copies of Aurora Dairy Corporation's Notice of Pendency of Other Actions or Proceedings and Declaration of Livia M. Kiser in Support of Aurora Dairy Corporation's Local Rule 1.6 Notice of Pendency of Other Actions or Proceedings, both dated 3/10/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

Christopher Lovell, Esq.
Craig M. Essenmacher, Esq.
Keith Essenmacher, Esq.
Lovell, Steward, Halebian LLP
500 Fifth Avenue
New York, New York 10110

                                       LATHAM & WATKINS LLP

                                By: _____
                                    Jessica L. Bengels (JB-2290)

                                      885 Third Avenue, Suite 1000
                                      New York, New York 10022
                                      (212) 906-1200